UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 20-133 PJS/DTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES WILBERT JACKSON,<br><br>Defendant. | INDICTMENT<br><br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(b)<br>18 U.S.C. § 2114(a) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Assault and Attempted Robbery of a Postal Employee)

On or about June 4, 2020, in the State and District of Minnesota, the defendant,

**JAMES WILBERT JACKSON,**

did assault United States Postal Service employee B.K., who at the time was in lawful charge, control, and custody of mail matter, in an attempt to rob B.K. of said mail matter, and in the process wounded B.K., all in violation of Title 18, United States Code, Section 2114(a).

### COUNT 2
(Assault on a Federal Officer)

On or about June 4, 2020, in the State and District of Minnesota, the defendant,

**JAMES WILBERT JACKSON,**

SCANNED
JUL 09 2020
U.S. DISTRICT COURT MPLS

United States v. James Wilbert Jackson

did forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Postal Service employee B.K., who was engaged in the performance of his official duties at the time, and on account of the performance of his official duties, by acts involving physical contact with the victim, and which resulted in bodily injury to B.K., all in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                              FOREPERSON